IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE H. NORMAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-12-CV-0836-N-BD |
| | § | |
| CERTEGY CHECK SERVICES, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Wayne H. Norman, appearing *pro se*, has filed a motion for leave to amend his complaint. After considering the motion under the liberal amendment standard of Rule 15(a), the court finds that plaintiff should be permitted to amend his complaint. Accordingly, plaintiff's motion for leave to amend [Doc. #17] is granted. The clerk is directed to file and docket the amended complaint [Doc. #18] tendered by plaintiff.

In view of the filing of this amended complaint, defendant's Rule 12(b)(6) motion to dismiss [Doc. #14], which is directed to plaintiff's original complaint, is denied as moot.

SO ORDERED.

DATED: April 23, 2012.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE